IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 07-cr-00065-LTB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.     MIN KIM,

       Defendant.
_____

## ORDER

Defendant Min Kim has filed a motion for an additional 40-day continuance of the time calculations of the Speedy Trial Act, 18 U.S.C. § 3161.  Plaintiff United States of America ("government") does not oppose this motion.

I have previously found that the case is unusual, given the novel subject matter, the requirement of expert analysis, and the novel nature of the prosecution in this district under 18 U.S.C. § 1037(a).

I have also found that defense counsel cannot effectively examine and prepare the case within the normal confines of the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), and that this prosecution presents novel questions of law and fact under 18 U.S.C. § 3161(h)(8)(B)(ii).

I now find that these novel questions of law and fact remain unresolved.

Taking into account the exercise of due diligence, the Court finds and concludes that the ends of justice served by granting this motion outweigh the best interest of the

public and the defendant in a speedy trial.

Based on these findings and conclusions, defendant's motion for an additional 40 day continuance of the Speedy Trial Act time calculation is GRANTED.

A hearing on further status and scheduling is set for Tuesday, August 7, 2007 at 8:30 am.

**DONE and ORDERED,** this   2nd   day of   July  , 2007 at Denver, Colorado.


                          s/Lewis T. Babcock
                          United States District Judge